Opinion by FORD, J. In accordance with stipulation of counsel that certain items of the merchandise are the same in all material respects as those the subject of *E. C. Carter & Son, Inc.* v. *United States* (38 Cust. Ct. 368, C. D. 1889), the claim of the plaintiffs was sustained.

**No. 62371.**—Whelan Lace & Fabrics Corp. *v.* United States, protest 171839–K (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that certain items of the merchandise are the same in all material respects as those the subject of *E. C. Carter & Son, Inc.* v. *United States* (38 Cust. Ct. 368, C. D. 1889), the claim of the plaintiff was sustained.

**No. 62372.**—Nife, Inc. *v.* United States, protest 325434–K (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of hand lights similar in all material respects to those the subject of Abstract 61976, the claim of the plaintiff was sustained.

**No. 62373.**—Pennsylvania Textile Corp. *v.* United States, protest 171443–K (Los Angeles).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of silk scarves or squares similar in all material respects to those the subject of *United States* v. *The Specialty House, Inc., Bryant & Heffernan, Inc., et al.* (42 C. C. P. A. 136, C. A. D. 585), the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, OCTOBER 17, 1958

**No. 62374.**—Kurt S. Adler *v.* United States, protest 320102–K (New York).

Opinion by JOHNSON, J. At the trial, a memorandum of the collector, dated June 9, 1958, was admitted in evidence. It appeared therefrom that 122 cases were liquidated free of duty as American goods returned under paragraph 1615,